# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

155746

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 155746
                              COA: 329969

JERRY DAMONE COLE,
      Defendant-Appellant.
                              Wayne CC: 15-002508-FC

_____/

      On order of the Court, the application for leave to appeal the March 14, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2017



Clerk

d1115